UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CIV-80820-BLOOM

PATRICIA KENNEDY,

    Plaintiff,

v.

PARTNERS OF KING POINT, LTD, *et al.*,

    Defendants.

_____/

**ORDER OF DISMISSAL**

This cause is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice, ECF No. [12] ("Stipulation"), filed July 28, 2015, which advises the Court that the parties stipulate to the immediate dismissal of this action with prejudice. The Court having reviewed the Stipulation and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** as follows:

1. This case is **DISMISSED WITH PREJUDICE**.
2. Each party shall bear its own fees and costs except as otherwise agreed.
3. The Clerk is instructed to **CLOSE** this case.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 28th day of July, 2015.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record